

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2019

No. 04-19-00078-CV

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
Appellant

v.

Leslie Wayne **RATLIFF** and Shannon Ratliff,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

## O R D E R

On February 13, 2019, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because the court reporter was uncertain about the deadline and has not yet made arrangements with appellant regarding payment for the reporter's record. The court reporter requests an additional thirty days to prepare the record.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. It is FURTHER ORDERED that the court reporter file the reporter's record within thirty (30) days of the date appellant files a response to this order. **Further requests for extension of time to file the reporter's record will be disfavored**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court